RECEIVED
NOV 29 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALAN VIRGIL BRUMFIELD,<br>Petitioner | CIVIL ACTION NO. 1:18-CV-1189-SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| JERRY GOODWIN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED** with prejudice as time-barred under 28 U.S.C. § 2244(d)(1)(A).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 28th day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE